UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16CR00330 JAR |
| ) | |
| LAMONTAE OLIVER, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Patricia L. Cohen (ECF No. 59). On October 12, 2016, Defendant Oliver filed a Motion to Suppress Evidence & Statements (ECF No. 24). Magistrate Judge Cohen recommends the Court deny Defendant's Motion to Suppress Evidence & Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Patricia L. Cohen, who filed a Report and Recommendation on February 15, 2017 (ECF No. 59). Defendant Oliver filed objections to the Report and Recommendation on February 27, 2017 (ECF No. 62). Defendant Oliver summarily states that he objects to several conclusions drawn by Magistrate Judge Cohen, but fails to provide any countervailing rationale for his position. The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Oliver's objections are not persuasive.

After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [59] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence & Statements [24] is **DENIED**.

**IT IS FURTHER ORDERED** that this case remains scheduled for Trial on **April 17, 2017 at 9:00 a.m.**

Dated this 2nd day of March, 2017.

_/s/ John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE